FILED
CHARLOTTE, NC

MAR 1 7 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) DOCKET NO.: 3:20-CR-91 |
| | ) |
| **v.** | ) **UNDER SEAL** |
| | ) **ORDER TO SEAL THE INDICTMENT** |
| **AARON MICHAEL CRICK** | ) |
| | ) |

UPON MOTION of the United States of America, by and through R. Andrew Murray,

United States Attorney for the Western District of North Carolina, for an order directing that the

Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature

of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be

sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's

Office.

This the 17th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE