**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:20-CR-091-FDW-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **AARON MICHAEL CRICK,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

       **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit*" (Document No. 63) filed by Andy C. Brooks, concerning Katryna Lyn Spearman, on December 21, 2023.  Katryna Lyn Spearman seeks to appear as counsel *pro hac vice* for Defendant.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 63) is **GRANTED**.  Katryna Lyn Spearman is hereby admitted *pro hac vice* to represent Defendant.

       **SO ORDERED**.

Signed: December 21, 2023

David C. Keesler
United States Magistrate Judge