UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-00091-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| AARON MICHAEL CRICK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the United States' Sealed Motion for Restitution. (Doc. No. 58.) According to the United States, Defendant's appellate counsel requested that counsel be appointed to represent Defendant on the issue of restitution before this Court. (Doc. No. 61.) Counsel has since appeared on behalf of Defendant and filed a petition under 28 U.S.C. § 2255. (Doc. No. 65.)

The Court **ORDERS** defense counsel to inform the Court of the scope of her representation—specifically, whether she represents Defendant on the issue of restitution in this case—no later than February 20, 2024. If Defendant seeks appointment of counsel to represent him on the issue of restitution in this case, the Court **ORDERS** Defendant to file a Form CJA 23 financial affidavit supporting his qualification for appointed counsel no later than February 29, 2024.

**IT IS SO ORDERED.**

Signed: February 5, 2024

Frank D. Whitney
United States District Judge

1